AO 10
Rev 1-2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C app §§ 101 111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Webber, E. Richard | 2. Court or Organization<br><br>Eastern District of Missouri | 3. Date of Report<br><br>06/16/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status, magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>111 S. Tenth St., Suite 12 S<br>St. Louis, MO 63102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Eureka Land Company (see VIII) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 JUN 23 A 10: 57 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 06/16/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Missouri State Judicial Retirement | $ 51,648.84 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | State of Missouri Teacher Retirement |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓]    NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1 | | | | - |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 06/16/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. David C. Pratt | St. Louis Cardinals Baseball Tickets | $ 1,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. U.S. Bank | Mortgage on Condominium #151 | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 06/16/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month · Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Savings Bonds | | None | J | T | | | | | |
| 2. Transamerica | A | Dividend | J | T | | | | | |
| 3. State Farm Life Ins. | A | Dividend | J | T | | | | | |
| 4. State Farm Life Ins. | A | Dividend | J | T | | | | | |
| 5. State Farm Life Ins. | A | Dividend | J | T | | | | | |
| 6. Jefferson Pilot | A | Dividend | J | T | | | | | |
| 7. Penn Mutual Life Ins. | A | Dividend | K | T | | | | | |
| 8. Savings Acct U.S. Bank | A | Interest | J | T | | | | | |
| 9. Penn Mutual Life Ins. | B | Dividend | J | T | | | | | |
| 10. State Teacher Retirement | D | Interest | L | T | | | | | |
| 11. Commerce Bank/Savings | A | Interest | J | T | | | | | |
| 12. Commerce Bank/Savings | A | Interest | J | T | | | | | |
| 13. Davis N.Y. Class C | A | Dividend | J | T | | | | | |
| 14. Oppenheimer Global Class C | A | Dividend | J | T | | | | | |
| 15. American Growth Fund - Class C | A | Dividend | J | T | | | | - | |
| 16. Royal Alliance - Sun America Trust | B | Dividend | K | T | | | | | |
| 17. Federated Kaufmann small cap | A | Dividend | J | T | | | | | |

1 Income Gain Codes          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
  (See Columns B1 and D4)    F =$50,001 - $100,000     G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes                J =$15,000 or less        K =$15,001 - $50,000       L =$50,001 - $100,000        M =$100,001 - $250,000
  (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3 Value Method Codes         Q =Appraisal              R =Cost (Real Estate Only) S =Assessment                T =Cash Market
  (See Column C2)            U =Book Value             V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 06/16/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (●-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Federated Kaufmann small cap | A | Dividend | J | T | | | | | |
| 19. Lincoln Financial Group - American Legacy | A | Dividend | J | T | | | | | |
| 20. Oppenheimer Capital Income Fund | A | Dividend | J | T | | | | | |
| 21. Lincoln Financial Group - American Legacy III-1 | A | Dividend | J | T | | | | | |
| 22. Lincoln Financial Group - American Legacy III-2 | A | Dividend | J | T | | | | | |
| 23. Bank of Kirksville - CD #1 | A | Interest | K | T | | | | | |
| 24. Bank of Kirksville - CD #2 | A | Interest | J | T | | | | | |
| 25. Bank of Kirksville - CD #3 | A | Interest | J | T | | | | | |
| 26. Bank of Kirksville - CD #4 | A | Interest | J | T | | | | | |
| 27. Bank of Kirksville - CD #5 | A | Interest | | | sold | 10/9 | J | A | |
| 28. Bank of Kirksville - CD #6 | A | Interest | | | sold | 10/9 | J | A | |
| 29. Bank of Kirksville -Farm Account #1 | A | Interest | J | U | buy | 8/11 | J | | |
| 30. Bank of Kirksville - Farm Account #2 | A | Interest | J | U | buy | 8/11 | J | | |
| 31. Bank of Kirksville - Farm Account #3 | A | Interest | J | U | buy | 12/14 | J | | |
| 32. Franklin Templeton US Gov't Sec. Fund-Class A | B | Dividend | K | T | | | | - | |
| 33. 1/2 interest in real estate / Scotland County, Missouri | B | Inheritance | M | W | | | | | |
| 34. Federated Stock and Muni Advantage Fund | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 06/16/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Blanchard | A | Dividend | J | T | | | | | |
| 36. Federated Growth Strategies | A | Dividend | J | T | | | | | |
| 37. American Balanced Fund - Class C | A | Dividend | J | T | | | | | |
| 38. Condominium Lake of the Ozarks | D | Rent | M | T | | | | | |
| 39. Penn Mutual Life Ins. | A | Dividend | J | T | | | | | |
| 40. Calmos Growth Fund | A | Dividend | | | sold | 6/27 | J | A | |
| 41. Pimco Commodity Real Estate Strategy | A | Dividend | | | sold | 6/22 | J | A | |
| 42. Pimco Real Return Strategy | A | Dividend | | | sold | 6/22 | J | A | |
| 43. Federated Stock and Muni Advantage Account (2nd) (See VIII) | A | Dividend | J | T | | | | | |
| 44. US Bank Certificate of Deposit | A | Dividend | | | sold | 10/25 | J | A | |
| 45. John Hancock | B | Dividend | K | T | | | | | |
| 46. Eaton Vance - Tax Managed Dividend Income Fund | A | Dividend | J | T | | | | | |
| 47. Eaton Vance Tax Managed Equity Acct (Class C) | A | Dividend | K | T | buy | 11/13 | K | | |
| 48. Allianz NFJ Dividend Value Fund | A | Dividend | J | T | buy | 4/30 | J | | |
| 49. Fidelity Advisory Mid Cap II | A | Dividend | J | T | buy | 6/25 | J | - | |
| 50. Allianz OCC Value Fund Class C (See VIII) | A | Dividend | | | sold | 3/22 | J | A | |
| 51. American Fund - Euro Pacific Growth Fund A | A | Dividend | J | T | buy | 7/5 | J | A | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 06/16/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ]  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. American Fund - Growth Fund of America | A | Dividend | J | T | buy | 7/5 | J | | |
| 53. American Fund - Investment Co of America (See VIII) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 06/16/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Personal Information: Name - Ernest R. Webber, Jr. (a/k/a E. Richard Webber)

Section I:
In 1972, five individuals purchased land in Scotland County, Missouri, for a total price of $10,000 ($2,000 each). I have no active business participation in this real estate.

Section VII:

Line 50 - Last year, I reported selling one of two Pimco Accounts. This is the other account. "Allianz Life Insurance" entry of last year's line 9 listed in Section VIII as "sold one account" was "Allianz OCC Renaissance Fund Class C," sold 3-24-06. The second Allianz account, Allianz OCC Value Fund Class C was sold 3/22/07.

Line 53 - This entry represents the remaining interest on this mutual fund after sale of part of the fund on November 15, 2006.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Webber, E. Richard | 2. Court or Organization<br><br>Eastern District of Missouri | 3. Date of Report<br><br>04/24/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>111 S. Tenth St., Suite 12 S<br>St. Louis, MO 63102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Eureka Land Company (see VIII) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 APR 30 A 5: 18 FINANCIAL DISCLOSURE

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 04/24/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Missouri State Judicial Retirement | $ 51,648.84 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | State of Missouri Teacher Retirement |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 04/24/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. David C. Pratt | St. Louis Cardinals Baseball Tickets | $ 1,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. U.S. Bank | Mortgage on Condominium #151 | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 04/24/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. U.S. Savings Bonds | A | None | J | T | | | | | |
| 2. Transamerica | A | Dividend | J | T | | | | | |
| 3. State Farm Life Ins. | A | Dividend | J | T | | | | | |
| 4. State Farm Life Ins. | A | Dividend | J | T | | | | | |
| 5. State Farm Life Ins. | A | Dividend | J | T | | | | | |
| 6. Jefferson Pilot | A | Dividend | J | T | | | | | |
| 7. Penn Mutual Life Ins. | A | Dividend | K | T | | | | | |
| 8. Savings Acct U.S. Bank | A | Interest | J | T | | | | | |
| 9. Penn Mutual Life Ins. | B | Dividend | J | T | | | | | |
| 10. State Teacher Retirement | D | Interest | L | T | | | | | |
| 11. Commerce Bank/Savings | A | Interest | J | T | | | | | |
| 12. Commerce Bank/Savings | A | Interest | J | T | | | | | |
| 13. Davis N.Y. Class C | A | Dividend | J | T | | | | | |
| 14. Oppenheimer Global Class C | A | Dividend | J | T | | | | | |
| 15. American Growth Fund - Class C | A | Dividend | J | T | | | | | |
| 16. Royal Alliance - Sun America Trust | B | Dividend | K | T | | | | | |
| 17. Federated Kaufmann small cap | A | Dividend | J | T | | | | | |

1. Income Gain Codes.          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less        K =$15,001 - $50,000         L =$50,001 - $100,000          M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000    O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000,000                            P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal              R =Cost (Real Estate Only)   S =Assessment                  T =Cash Market
   (See Column C2)              U =Book Value             V =Other                     W =Estimated

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Federated Kaufmann small cap | A | Dividend | J | T | | | | | |
| 19. Lincoln Financial Group | A | Dividend | J | T | | | | | |
| 20. Oppenheimer Capital Income Fund | A | Dividend | J | T | | | | | |
| 21. Lincoln Financial Group - American Legacy III-1 | A | Dividend | J | T | | | | | |
| 22. Lincoln Financial Group - American Legacy III-2 | A | Dividend | J | T | | | | | |
| 23. Bank of Kirksville - CD #1 | A | Interest | K | T | | | | | |
| 24. Bank of Kirksville - CD #2 | A | Interest | J | T | | | | | |
| 25. Bank of Kirksville - CD #3 | A | Interest | J | T | | | | | |
| 26. Bank of Kirksville - CD #4 | A | Interest | J | T | | | | | |
| 27. Bank of Kirksville - CD #5 | A | Interest | J | T | sold | 10/9 | J | A | |
| 28. Bank of Kirksville - CD #6 | A | Interest | J | T | sold | 10/9 | J | A | |
| 29. Bank of Kirksville -Farm Account #1 | A | Interest | | | buy | 8/11 | J | A | |
| 30. Bank of Kirksville - Farm Account #2 | A | Interest | | | buy | 8/11 | J | A | |
| 31. Bank of Kirksville - Farm Account #3 | A | Interest | | | buy | 12/14 | J | A | |
| 32. Franklin Templeton US Gov't Sec. Fund-Class A | B | Dividend | K | T | | | | | |
| 33. 1/2 interest in real estate / Scotland County, Missouri | B | Inheritance | M | W | | | | | |
| 34. Federated Stock and Muni Advantage Fund | A | Dividend | J | T | | | | | |

1. Income Gain Codes.      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
   (See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 04/24/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Blanchard | A | Dividend | J | T | | | | | |
| 36. Federated Growth Strategies | A | Dividend | J | T | | | | | |
| 37. American Balanced Fund - Class C | A | Dividend | J | T | | | | | |
| 38. Condominium Lake of the Ozarks | | Rent | M | T | | | | | |
| 39. Penn Mutual Life Ins. | A | Dividend | J | T | | | | | |
| 40. Calmos Growth Fund | A | Dividend | J | T | sold | 6/27 | J | A | |
| 41. Pimco Commodity Real Estate Strategy | A | Dividend | J | T | sold | 6/22 | J | A | |
| 42. Pimco Real Return Strategy | A | Dividend | J | T | sold | 6/22 | J | A | |
| 43. Federated Stock and Muni Advantage Account (2nd) (See VIII) | A | Dividend | J | T | | | | | |
| 44. US Bank Certificate of Deposit | A | Dividend | J | T | sold | 10/25 | J | A | |
| 45. John Hancock | B | Dividend | K | T | | | | | |
| 46. Eaton Vance | A | Dividend | J | T | | | | | |
| 47. Eaton Vance Tax Managed Equity Acct (Class C) | A | Dividend | K | T | buy | 11/13 | K | B | |
| 48. Allianz NFJ Dividend Value Fund | A | Dividend | J | T | buy | 4/30 | J | A | |
| 49. Fidelity Advisory Mid Cap II | A | Dividend | J | T | buy | 6/25 | J | A | |
| 50. Allianz ●CC Value Fund Class C (See VIII) | A | Dividend | J | T | sold | 3/22 | J | A | |
| 51. Euro Pacific Growth Fund A | A | Dividend | J | T | buy | 7/5 | J | A | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
   (See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 04/24/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  Growth Fund of America | A | Dividend | J | T | buy | 7/5 | J | A | |
| 53.  Investment Co of America (See VIII) | A | Dividend | J | T | | | | | |

| 1  Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Personal Information: Name - Ernest R. Webber, Jr. (a/k/a E. Richard Webber)

Section I:
In 1972, five individuals purchased land in Scotland County, Missouri, for a total price of $10,000 ($2,000 each). I have no active business participation in this real estate.

Section VII:

Line 50 - Last year, I reported selling one of two Pimco Accounts. This is the other account. "Allianz Life Insurance" entry of last year's line 9 listed in Section VIII as "sold one account" was "Allianz OCC Renaissance Fund Class C," sold 3-24-06. The second Allianz account, Allianz OCC Value Fund Class C was sold 3/22/07.

Line 53 - This entry represents the remaining interest on this mutual fund after sale of part of the fund on November 15, 2006.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544